UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America

v.

MEANNU SEMAJ
*Defendant*

Case No. 26-mj-79 (MJS)

**ORDER**

Upon consideration of the Consent Motion to Continue the Status Hearing (ECF No. 14) filed by the United States, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Status Hearing set for July 28, 2026 is continued to 10:30 a.m. on August 11, 2026; and it is further

**ORDERED** that, with the consent of the parties, the period from July 28, 2026 through and including August 11, 2026, the date of the continued Status Hearing, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial because the continuance will provide the parties with additional time to prepare for further proceedings.

**SO ORDERED.**

**Date:** July 28, 2026

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE